IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

APR 2 4 2026

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
)
v. )
)
THOMAS M. RUSSO, )
Defendant. )

Case No: 2:26 mj 156

Court Date: June 3, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation Notice 8044895

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 4, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, THOMAS M. RUSSO, did willfully and unlawfully injure or commit a depredation against property belonging to a department or agency of the United States, resulting in damages less than $1,000.

(In violation of Title 18, United States Code, Section 1361.)

COUNT TWO

Misdemeanor - Violation Notice E2102499

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 4, 2026, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, THOMAS M. RUSSO, did drive a motor vehicle on a highway recklessly or at a speed or in a manner so as to endanger the life, limb, or property of other persons.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-852).

## COUNT THREE

Misdemeanor - Violation Notice E2102500

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 4, 2026 Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, THOMAS M. RUSSO, did after being involved in a vehicle accident that caused damage to an attended vehicle, fail to make a reasonable effort to find the owner or custodian of the attended vehicle, he further unlawfully failed to leave a note or other sufficient information including his identification and contact information at the scene of the accident, and he unlawfully failed to report the accident to law enforcement authorities.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-894.)

Respectfully submitted,

Todd. W. Blanche
Acting Attorney General

*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Taryn M. Meeks*

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

April 22, 2026

Date